**Affirmed as Modified and Supplemental Memorandum Opinion filed October 29, 2024**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00015-CV

---

## GUILIAN MEREDITH, Appellant

## V.

## NOEMI VALENTIN, Appellee

---

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2020-77536**

---

## SUPPLEMENTAL MEMORANDUM OPINION

On August 29, 2024, we suggested a remittitur of $10,690.51 of retroactive child support and a remittitur of $427.17 of ongoing support obligation awarded to appellee Noemi Valentin in the trial court's judgment. Tex. R. App. P. 46.3. We stated that if appellee timely filed the remittitur with the clerk of this court, we would render judgment modifying the trial court's judgment to reflect damages awarded to

appellee in the amount of $15,172.49 for retroactive child support and $349.75 in ongoing child support and affirming the judgment as modified.

Appellee Noemi Valentin timely filed the remittitur. In accordance with the original memorandum opinion and appellee's timely filed remittitur, we vacate our judgment of August 29, 2024, and render judgment modifying the trial court's judgment (1) to reflect the $10,690.51 of retroactive child support remittitur; and (2) to reflect the $427.17 of ongoing support obligation remittitur. We affirm the trial court's judgment as modified. Tex. R. App. P. 43.2(b), 46.3.

/s/ Ken Wise
Justice

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.

2